UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Plain Local School District
Board of Education,

    Plaintiff,

    v.

Mike DeWine, *et al.*,

    Defendants.

Case No. 2:19-cv-5086

Judge Michael H. Watson

Magistrate Judge Vascura

## ORDER

Plaintiff has filed this lawsuit and moved for a preliminary injunction. Compl., ECF No. 1; Mot. Prelim. Inj., ECF No. 10.  No Defendant has filed a counterclaim or any motion.

Per the December 2, 2019, telephone status conference, the Court wants assurance that Plaintiff has standing to proceed with the lawsuit.  To that end, Plaintiff is to brief the standing/ripeness issue by December 9, 2019.  Defendants are to respond within seven days of service of Plaintiff's motion.  The Court will inform Plaintiff whether it wants a reply.

If the Court is satisfied as to the ripeness of this case, the Court will thereafter schedule a status conference to discuss setting a case schedule for the remainder of the litigation.

In the meantime, if any Defendant believes that it needs immediate relief for any action (or inaction) taken (or not taken) by Plaintiff, it shall seek the proper redress in the proper forum.

**IT IS SO ORDERED.**

MICHAEL H. WATSON, JUDGE
**UNITED STATES DISTRICT COURT**