UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Plain Local School District
Board of Education, *et al.*,

    Plaintiffs,

v.

Mike DeWine, *et al.*,

    Defendants.

Case No. 2:19-cv-5086

Judge Michael H. Watson

Magistrate Judge Vascura

## ORDER

The Court has reviewed the parties' briefs regarding standing and ripeness, ECF Nos. 19, 21, 22, and finds that Plaintiffs have the better argument. Being satisfied that Plaintiffs have standing and that their claims are ripe, the Court invites the parties to present within **SEVEN DAYS** a joint proposed briefing schedule on Plaintiff's motion for a preliminary injunction.

**IT IS SO ORDERED.**

_/s/ Michael H. Watson_
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT