

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**Plain Local School District**
**Board of Education,**

     **Plaintiff,**

     **v.**

**Mike DeWine, *et al.*,**

     **Defendants.**

**Case No. 2:19-cv-5086**

**Judge Michael H. Watson**

**Magistrate Judge Vascura**

## <u>AGREED ORDER</u>

Plain Local School District Board of Education ("Plaintiff") challenges as unconstitutional Ohio Revised Code § 3311.242, which permits the transfer of territory from one school district to another school district under certain circumstances. As part of that challenge, Plaintiff moves for a temporary restraining order ("TRO"). Specifically, Plaintiff asks the Court to prevent Defendants Samuel J. Ferruccio, Jr., Frank C. Braden, William S. Cline, and Dimitrios Pousoulides, all members of the Stark County Board of Elections, from placing two school-district-transfer requests on the March 17, 2020, ballot. Plaintiff also asks the Court to enjoin Defendants Paolo DeMaria, Superintendent of Public Instruction and Secretary of the State Board of Education of Ohio, and Laura Kohler, Charlotte McGuire, Linda Haycock, Kirsten Hill, Jenny Kilgore, Lisa Woods, Antoinette Miranda, Sarah Fowler, John Hagan, Stephanie Dodd, Nick Owens, Meryl Johnson, Eric Poklar, Cindy Collins, Mark Lamoncha, Martha

Manchester, Mike Toal, Steve Dackin, and Reginald Wilkinson, members of the State Board of Education of Ohio, from further enforcing, implementing, or acting pursuant to Ohio Revised Code § 3311.242, should the proposals win majority support in the election.

The Court held a hearing on Plaintiff's TRO motion on February 25, 2020. During the hearing, all parties agreed to the following course of action:

- The Court will not enjoin the proposals from appearing on the ballots for the March 17, 2020, election;

- If the proposals are approved by at least a majority of the electors voting on them, the Plain Local Board of Education shall notify the State Board of Education of Ohio of the result of the vote, pursuant to Ohio Revised Code § 3311.242(E)(1);

- If the proposals are approved by at least a majority of the electors voting on them, no Defendants shall take any further action under Ohio Revised Code § 3311.242 with respect to the proposed transfers until the Court issues a ruling on Plaintiff's converted request for a preliminary and permanent injunction;

- After the March 17, 2020, election, Plaintiff will move to voluntarily dismiss as Defendants the members of the Stark County Board of Elections;

- The previously scheduled Preliminary Injunction hearing is converted to a hearing on Plaintiff's request for a preliminary and permanent injunction, pursuant to Federal Rule of Civil Procedure 65(a)(2), and is rescheduled for May 4, 2020, at 10:00 a.m.;

- Should the Court rule in Defendants' favor on the merits, the Court will issue a ruling in a timely manner so as not to preclude a transfer for the 2020–2021 school year.

IT IS SO ORDERED.

_____
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT


_____
Amanda Martinsek, Counsel for Plaintiffs


_____
Frank J. Reed, Jr., Counsel for the State
Superintendent and members of the State
Board of Education


_____
Stephan P. Babik, Counsel for the Stark
County Board of Elections Defendants


_____
Scott M. Zurakowski, Counsel for the
Village of Hills and Dales

IT IS SO ORDERED.

_____
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT

_____
Amanda Martinsek, Counsel for Plaintiffs

_____
Frank J. Reed, Jr., Counsel for the State
Superintendent and members of the State
Board of Education

Stephan P. Babik
_____
Stephan P. Babik, Counsel for the Stark
County Board of Elections Defendants

_____
Scott M. Zurakowski, Counsel for the
Village of Hills and Dales