# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**Plain Local School District**
**Board of Education,** *et al.***,**

    **Plaintiffs,**                        Case No. 2:19-cv-5086

    v.                                  Judge Michael H. Watson

**Mike DeWine,** *et al.***,**                  Magistrate Judge Vascura

    **Defendants.**

## ORDER

Pursuant to the Agreed Order entered February 27, 2020, ECF No. 63, Plaintiffs move to voluntarily dismiss from this case the Stark County Board of Elections defendants. Mot., ECF No. 85. Plaintiffs' motion is unopposed.

Plaintiffs' motion is **GRANTED**. Pursuant to Federal Rule of Civil Procedure 21, the Clerk shall drop Samuel J. Ferruccio, Jr., Frank C. Braden, William S. Cline, and Dimitrios Pousoulides as Defendants in this case.

**IT IS SO ORDERED.**

                                       ___*/s/ Michael H. Watson*_____
                                       **MICHAEL H. WATSON, JUDGE**
                                       **UNITED STATES DISTRICT COURT**